# Simpson Thacher & Bartlett

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE:
FACSIMILE: +1-212-455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2023__

Direct Dial Number
+1-212-455-2542

E-mail Address
martin.bell@stblaw.com

BY E-MAIL          February 2, 2023

      Re:    *United States v. Antonia Perez Hernandez*
                22 Cr. 622 (AT)

Hon. Analisa Torres
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Torres:

      I write, on behalf of defendant Antonia Perez Hernandez, to request a one-week adjournment of the deadline for her to fulfill her bail conditions, which was today.

      Although I was appointed to represent Ms. Perez Hernandez pursuant to the CJA Panel, Ms. Perez Hernandez has retained counsel from out of state to handle the matter, Gregory Showers, Esq. Mr. Showers has taken the lead in coordinating Ms. Perez Hernandez's compliance with bail conditions, including assembling co-signors. He informs me that although that process nears conclusion, he has not been able to get the co-signors, who are out of state, to sign the bond before today.

      Therefore, I request a one-week adjournment of the deadline for Ms. Perez Hernandez to fulfill the conditions of her bond. AUSA Benjamin Gianforti consents to the

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

2/2/23 7:04 PM

Simpson Thacher & Bartlett LLP

Hon. Analisa Torres -2- February 2, 2023

request on behalf of the Government, as, of course, does Mr. Showers. This is the first such request.

Very truly yours,

*Martin Bell*

Martin S. Bell

GRANTED.

SO ORDERED.

Dated: February 3, 2023
   New York, New York

ANALISA TORRES
United States District Judge